

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | 08-25-00147-CV |
| RITA ELIZABETH JONES, INDIVIDUALLY and ON BEHALF OF THE ESTATE OF ESTELA TIBUNI ROMANO, DECEASED, A/K/ ESTELLA TIBUNI ROMANO, STELLA TIBUNI ROMANO | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

Relator.

## MEMORANDUM OPINION

Relator Elizabeth Rita Jones[1] has filed a motion for voluntary dismissal of this original proceeding. *See* Tex. R. App. P. 42.1(a)(1) (governing voluntary dismissals). The motion is granted, and this original proceeding is dismissed. Further, we deny the request made by the Real Party in Interest for sanctions pursuant to Tex. R. App. P. 52.11. All pending motions are denied as moot. Court costs are assessed against Relator. *See* Tex. R. App. P. 42.1(d) (court to tax costs against relator absent agreement of the parties).

MARIA SALAS MENDOZA, Chief Justice

June 17, 2025

Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)

---

[1] Individually and on behalf of the Estate of Estela Tibuni Romano, Deceased, a/k/ Estella Tibuni Romano, Stella Tibuni Romano.